UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
## 13-80087-CR-MARRA/MATTHEWMAN
CASE NO. _____

18 U.S.C. § 922(a)(6)

UNITED STATES OF AMERICA

v.

VLADIMIR DAVID DOLINY,

    Defendant.

_____/



FILED by KZ D.C.
ELECTRONIC
Apr 16, 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about September 2, 2011, in Palm Beach County, in the Southern District of Florida, the defendant,

**VLADIMIR DAVID DOLINY,**

in connection with the acquisition of firearms, that is, three (3) Ruger pistols, Model LC9, bearing serial numbers 320-76840, 320-73433, and 320-73991, and two (2) Glock pistols, Model 23, bearing serial numbers RHF801 and RNC892, from Gander Mountain, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Gander Mountain, which statement was intended and likely to deceive Gander Mountain as to a fact material to the lawfulness of such sale and disposition of the firearms, that is, VLADIMIR DAVID DOLINY did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, stating that he was the actual transferee/buyer of the firearms indicated on the Form 4473, when in truth and in fact, and as he

then and there well knew, VLADIMIR DAVID DOLINY was acquiring those firearms on behalf of another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 2

On or about October 7, 2011, in Palm Beach County, in the Southern District of Florida, the defendant,

**VLADIMIR DAVID DOLINY,**

in connection with the acquisition of firearms, that is, two (2) Mossberg shotguns, Model 500 JIC II, bearing serial numbers T854207 and T957188, and one (1) Glock pistol, Model 30, bearing serial number KFN451, from Gander Mountain, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Gander Mountain, which statement was intended and likely to deceive Gander Mountain as to a fact material to the lawfulness of such sale and disposition of the firearms, that is, VLADIMIR DAVID DOLINY did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, stating that he was the actual transferee/buyer of the firearms indicated on the Form 4473, when in truth and in fact, and as he then and there well knew, VLADIMIR DAVID DOLINY was acquiring those firearms on behalf of another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

A TRUE BILL

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
A. MARIE VILLAFAÑA
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES OF AMERICA

vs.

VLADIMIR DAVID DOLINY,

          **Defendant.**
_____/

CASE NO. *13-80087-CR-MARRA/MATTHEWMAN*

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

New Defendant(s)    Yes ____    No ____
Number of New Defendants    ____
Total number of counts    ____

**Court Division:** (Select One)

____ Miami    ____ Key West
____ FTL    _X_ WPB    ____ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)    No
   List language and/or dialect

4. This case will take _3-4_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   I    0 to 5 days    _X_
   II    6 to 10 days    ____
   III    11 to 20 days    ____
   IV    21 to 60 days    ____
   V    61 days and over    ____

   (Check only one)
   Petty    ____
   Minor    ____
   Misdem.    ____
   Felony    _X_

6. Has this case been previously filed in this District Court? (Yes or No)    No
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?    (Yes or No)    No
   If yes:
   Magistrate Case No.    N/A
   Related Miscellaneous numbers:    N/A
   Defendant(s) in federal custody as of    N/A
   Defendant(s) in state custody as of    N/A
   Rule 20 from the _N/A_    District of _____

   Is this a potential death penalty case? (Yes or No)    No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ____ Yes  _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? ____ Yes  _X_ No

*(signature)*
A. MARIE VILLAFAÑA
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0018255

*Penalty Sheet(s) attached    REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PENALTY SHEET

Defendant's Name: <u>Vladimir David Doliny</u>

Case No: <u>13-80087-CR-MARRA/MATTHEWMAN</u>

Counts #: 1 - 2

<u>Making false statements in connection with purchase of a firearm</u>

<u>18 USC § 922(a)(6)</u>

* Max. Penalty: <u>10 years' imprisonment; $250,000 Fine; 3 years' supervised release</u>

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.